No. 670. GIBSON ET AL. *v.* HARRIS ET AL. C. A. 5th Cir. Certiorari denied. *Geo. Stephen Leonard, Reid B. Barnes, Charles J. Bloch* and *Richard L. Hirshberg* for petitioners. *Jack Greenberg, Constance Baker Motley, James M. Nabrit III, Derrick A. Bell, Jr., Oscar W. Adams, Jr.* and *Donald L. Hollowell* for respondents.

No. 674. AUTOMOBILE TRANSPORTERS WELFARE FUND ET AL. *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *David Previant* and *Charles R. Katz* for petitioners. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Philip Kahaner,* Assistant Attorney General, for respondent.

No. 676. ROBINSON *v.* BROWN, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied. *W. M. Shaw* for petitioner. *Avon N. Williams, Jr.* and *Jack Greenberg* for respondent.

No. 678. NAFI CORPORATION *v.* AMERICAN ARBITRATION ASSOCIATION ET AL. Court of Appeals of Ohio, Hancock County. Certiorari denied. *Richard A. Betts* for petitioner. *Ralph Rudd* for respondent Textile Workers Union of America, Local Union No. 981.

No. 693. HEWARD *v.* CROMWELL. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 695. SPILOTRO *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Julius Lucius Echeles* for petitioner.